FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

21 MAR 23 PM 1:40

CLERK-LAS CRUCES

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL NO. 21-221 KG |
| ) | |
| vs. ) | 21 U.S.C. §§ 841(a)(1) and (b)(1)(A): |
| ) | Possession with Intent to Distribute |
| **DAVID A. GARCIA**, ) | 50 Grams and More of |
| ) | Methamphetamine; |
| Defendant. ) | 18 U.S.C. § 2: Aiding and Abetting |

## INFORMATION

The United States Attorney charges:

On or about April 23, 2020, in Chaves County, in the District of New Mexico, the defendant, **DAVID A. GARCIA**, unlawfully, knowingly and intentionally possessed with intent to distribute a controlled substance, and the violation involved 50 grams and more of Methamphetamine.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A), and 18 U.S.C. § 2.

## FORFEITURE

The allegations contained in this Information are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 21, United States Code, Section 853. Pursuant to Title 21, United States Code, Section 853, upon conviction of an offense in violation of Title 21, United States Code, Section 841, the Defendant, **DAVID A. GARCIA**, , shall forfeit to the United States any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used, or intended to be used,

in any manner or part, to commit, or to facilitate the commission of, the offense. The property to be forfeited includes, but is not limited to, the following:

1. REAL AND PERSONAL PROPERTY

    a. Gabilondo y Cia Vitoria, silver .357 Magnum Revolver bearing SN S899706

    b. Six .357 Blazer hollow point bullets

If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property described above.

FRED J. FEDERICI
Acting United States Attorney

_____
DUSTIN C. SEGOVIA
Assistant U.S. Attorney
200 N. Church Street
Las Cruces, NM 88001
(575) 522-2304 – Tel.
(575) 522-2391 – Fax