IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

21 MAR 23 PM 1:40

CLERK-LAS CRUCES

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

               CR No. 21-221 KG

DAVID A. GARCIA,

       Defendant.

## CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE IN A FELONY CASE

The United States Magistrate Judge has explained to me the nature of the offense(s) with which I am charged and the maximum possible penalties which might be imposed if I plead guilty. I have been informed of my right to the assistance of legal counsel and of my right to plead or go to trial, judgment and sentencing before a United States District Judge.

I HEREBY:   Waive (give up) my right to enter my plea before a United States District Judge, and I consent to entering my plea, knowingly and voluntarily, before a United States Magistrate Judge, who thereafter will accept my guilty plea and adjudge me guilty.

_____
David A. Garcia
Defendant

_____
Bernadette Sedillo
Attorney for Defendant

Date: 3/8/21

Before: _____
United States Magistrate Judge