IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) NO. 21-CR-221 KG |
| vs. | ) |
| **DAVID A. GARCIA**, | ) |
| Defendant. | ) |

NOTICE OF ENTRY OF APPEARANCE
AND SUBSTITUTION OF COUNSEL

The United States of America notifies the Court that DUSTIN C. SEGOVIA, Assistant United States Attorney, withdraws as counsel for the United States in the above matter, and in substitution therefor, RICHARD C. WILLIAMS, hereby enters his appearance on behalf of the United States.

The United States requests that all notices, pleadings and correspondence be delivered to the attention of RICHARD C. WILLIAMS.

Respectfully submitted,

FRED J. FEDERICI
Acting United States Attorney

*/s/ Electronically Filed 7/22/21*
RICHARD C. WILLIAMS
Assistant U.S. Attorney
200 N. Church Street
Las Cruces, NM 88001
(575) 522-2304 - Tel.
(575) 522-2391 - Fax

I HEREBY CERTIFY that I electronically
filed the foregoing with the Clerk of the
Court using the CM/ECF system which
will send electronic notification to defense
counsel of record.

*/s/ Electronically Filed 7/22/21*
RICHARD C. WILLIAMS
Assistant U.S. Attorney